**COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP**
Marc T. Cefalu (SBN 203324)
Max L. Kelley (SBN 205943)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
mcefalu@cwlfirm.com
mkelley@cwlfirm.com

Attorneys for Plaintiff
ALLIANT CREDIT UNION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANT CREDIT UNION, <br><br> Plaintiff, <br><br> v. <br><br> TYREE WILLIAMS, SR.; TYREE WILLIAMS, SR., AS TRUSTEE OF THE TYREE WILLIAMS TRUST DATED 7/26/96, *In Personam*; S/V TRANSITION, a 1998 Hunter Passage 450 center cockpit recreational cruiser, Official No. 1062430, its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., *In Rem*, and DOES 1-10. <br><br> Defendants. | No.: CV 18-8483-GW-PLAx <br><br> **IN ADMIRALTY** <br><br> **JUDGMENT** <br><br> Fed. R. Civ. P. 55 |

Defaults having been entered in this action against the defendant vessel S/V TRANSITION, Official No. 1062430, its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc. ("Vessel"), *in rem*, and against defendants Tyree Williams, Sr. ("Williams"); Tyree Williams, Sr., as Trustee of the Tyree Williams Trust (the "Trust"), dated 7/26/9, *in personam* (collectively

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL 415-438-4600
FAX 415-438-4601

ALLIANT Williams/4860

-1-   Case No. 2:18-cv-08483-GW-PLA
[PROPOSED] JUDGMENT

"All Defendants"), on February 6, 2020, at 8:30 a.m. a hearing was held pursuant to Federal Rule of Civil Procedure 55(b)(2).

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AS FOLLOWS:

Plaintiff Alliant Credit Union ("Alliant") is entitled to damages against All Defendants as set forth in the Court's order dated February 13, 2020 (Docket No. 76). Damages are awarded as follows:

1. **Custodia Legis Expenses**: Default Judgment in the amount of $24,139.50 in favor of Alliant and against All Defendants. Said costs include custodia legis fees from the date of arrest and detention of the Defendant Vessel on January 19, 2019, through October 30, 2019, incurred by the duly appointed Substitute Custodian on behalf of Alliant and paid by Alliant, and costs charged to Alliant by the U.S. Marshal for arresting the Vessel, plus the costs of publishing the notices of the Vessel's arrest and sale, all of which Alliant has also paid.

2. **Amounts Due and Owing Under the Loan and First Preferred Ship Mortgage**: Default Judgment against all Defendants in the amount of $180,391,64 due and owing under the Contract and the Mortgage, comprised of $127,128.26 in outstanding principle and interest, and $53,263.38 in attorneys' fees and legal costs.

**Sum Total of Judgment:** For good cause, default judgment in the amount of $204,531.14 is entered in favor of Plaintiff Alliant Credit Union and against the Defendants S/V TRANSITION, *in rem*, and defendants Tyree Williams, Sr. ("Williams"); Tyree Williams, Sr., as Trustee of the Tyree Williams Trust (the "Trust"), dated 7/26/9, *in personam*.

/ / /

/ / /

/ / /

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL 415-438-4600
FAX 415-438-4601

ALLIANT Williams/4860

The Clerk of the Court is Ordered to enter this judgment forthwith.

**IT IS SO ORDERED.**

Dated: March 3, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN, LLP

900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA
94111
TEL 415-438-4600
FAX 415-438-4601

ALLIANT Williams/4860